# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MEHDI NIKPARVAR-FARD** | : | **No. 18-101-1** |
| a/k/a "Mehdi Armani" | : | |

## ORDER

**AND NOW**, this 26th day of May, 2021, upon the consideration of Mehdi Nikparvar-Fard's Emergency Motion for Reconsideration of the Pretrial Detention Order (Doc. No. 247), the Government's Responses in Opposition (Doc. Nos. 251, 253), Defendant's Supplemental Memorandum in Support of his Motion (Doc. No. 263), the Government's Response to the Supplemental Memorandum (Doc. No. 268), Defendant's Reply in Further Support of his Motion (Doc. No. 270), and the hearings on January 4, 2021 and April 28, 2021, it is **ORDERED** that the Emergency Motion (Doc. No. 247) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**