# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MEHDI NIKPARVAR-FARD** | : | **No. 18-101-1** |
| **AVROM BROWN** | : | **-3** |
| **LORETTA BROWN** | : | **-4** |
| **FREDERICK REICHLE** | : | **-5** |
| **MITCHELL WHITE** | : | **-6** |
| **JASON DILLINGER** | : | **-7** |
| **DEBRA CORTEZ** | : | **-8** |
| **WILLIAM DEMEDIO** | : | **-9** |
| **NEIL CUTLER** | : | **-11** |
| **SAMANTHA HOLLIS** | : | **-12** |

## ORDER

**AND NOW**, this 2nd day of June, 2021, upon consideration of Defendant Samantha Hollis's Motion to Continue Current Trial Date (Doc. No. 273), and in accordance with Standing Order of Chief Judge Juan R. Sanchez dated March 30, 2021, In Re: Eleventh Extension of Adjustments to Court Operations Due to the Exigent Circumstances Created by COVID-19, the Court finds, pursuant to 18 U.S.C. § 3161 (h)(7)(A), that (1) the above action cannot proceed to trial as previously scheduled and should be continued because the failure to continue the trial date would likely make such proceeding impossible or would result in a miscarriage of justice; and, therefore, (2) the ends of justice served by this continuance outweigh the other interests of the public and the defendant in a speedy trial commencing on the date previously set.

Accordingly, it is hereby **ORDERED** that the trial in this matter as to all remaining defendants is **CONTINUED** to October 4, 2021. The period from the date of this

Order to the next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS FURTHER ORDERED** that two weeks prior to the trial date, the parties for such date shall file and serve the following:

    a. Proposed jury voir dire questions

    b. Proposed jury instructions with citation of authority for each instruction (ONE (1) instruction PER PAGE). If a model jury instruction taken, for instance, from the published Third Circuit Model Instructions or from O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, or Sand, Modern Federal Jury Instructions, is submitted, the parties shall state whether the proposed jury instruction is unchanged or modified from the standard text form. If a party modifies a model jury instruction, the modification shall be set forth in the following manner with additions underlined and deletions placed in brackets;

    c. Proposed verdict slip;

    d. Trial memorandum; and,

    e. Copies of all materials identified in sub-paragraphs a through e above shall be served on the other parties and on the Court (Chambers, Room 10613) when the originals are filed.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge