

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

Phone:   (215) 569-5674
Fax:     (215) 832-5674
Email:   aquerns@blankrome.com

June 10, 2021

**BY ECF AND EMAIL**

The Honorable Gene E.K. Pratter
Room 10613, United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *United States v. Nikparvar-Fard, Crim No. 18-101*

Dear Judge Pratter,

As you know, we represent Dr. Nikpavar-Fard in the above-captioned case. As we informed the Court by email on April 12, 2021, we remain prepared to proceed with an in-person hearing on Dr. Nikparvar-Fard's pending pre-trial motions (Motion to Suppress, ECF No. 149; Request for Rule 17(c) Subpoenas, ECF No. 217). Thus, we request that the Court schedule a hearing on these matters as soon as practicable to further advance the case.

We also would like to note that, during the April 28, 2021 hearing in which the Court invited Dr. Nikparvar-Fard to present himself to the Court for assessment, Dr. Nikpavar-Fard did request such an opportunity. Dr. Nikparvar-Fard's counsel made such request by phone on May 20, 2021. Although we recognize that this was a number of weeks after the hearing, the delay was due to complications in counsel's ability to speak with Dr. Nikpavar-Fard, given his continued detention. At this time, in light of the Court's May 26, 2021 ruling and the October 4, 2021 trial date, Dr. Nikparvar-Fard does not wish to present himself to the Court, but rather focus on expeditiously proceeding to trial.

# BLANKROME

The Honorable Gene E.K. Pratter
June 10, 2021
Page 2

We appreciate the Court's consideration of this request, and please let us know if we can provide you with any further information.

Very truly yours,

/s/ Ann E. Querns

Ann E. Querns

cc: Joseph G. Poluka, Esq. (by email)
Frank DeSimone, Esq. (by email)
Jason Bologna, AUSA (by email)
Mary Kay Costello, AUSA (by email)

144573.00604/126118939v.1