IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 2, 2021 |
| vs. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | CRIMINAL NO. 18-101-1 |

USM No. 69716-066
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19106

    **TAKE NOTICE** that the above-entitled case has been set for **HEARING ON DEFENDANT'S MOTION TO SUPPRESS STATEMENTS** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **\*\*July 15, 2021** at **10:30 A.M.** before the Honorable Gene E. K. Pratter, in Courtroom 10-B, 10th floor.

    **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

    If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

    Very truly yours,

[NO] INTERPRETER REQUIRED

    Michael Coyle,
    Deputy Clerk to Judge Pratter

    Notice to:
      Defendant
      Joseph G. Poluka, Esq., Defense Counsel
      Frank DeSimone, Esq., Defense Counsel
      Jason P. Bologna, A.U.S.A.
      U.S. Marshal
      Probation Office
      Pretrial Services

Cr 4 (rev. 8/97)      Crystal Wardlaw, Interpreter Coordinator