IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | No. 18-101-1 |
| a/k/a "Mehdi Armani" | : | |

**ORDER**

**AND NOW**, this 14th day of September, 2021, upon the consideration of Mehdi Nikparvar-Fard's Motion to Suppress (Doc. No. 149), the Government's Response in Opposition (Doc. No. 164), Defendant's Reply in Further Support of his Motion (Doc. No. 170), Defendant's Supplemental Reply (Doc. No. 257), the hearing on July 15, 2021, and the parties' post-argument Supplemental Memoranda (Doc. Nos. 292, 293), it is **ORDERED** that the Motion to Suppress (Doc. No. 149) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1