IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action |
| MEHDI NIKPARVAR-FARD a/k/a Mehdi Armani, | No. 2:18-cr-00101-1-GEKP |
| Defendant. | |

**ORDER**

AND NOW, this _____ day of December, 2021, it is hereby

ORDERED that the application of Nicholas R. Tambone, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED

_____ DENIED

_____
**Hon. Gene E.K. Pratter, U.S.D.J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Criminal Action No# __18-00101-1__

***APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT***
***PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I. APPLICANT'S STATEMENT

I, __Nicholas R. Tambone__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

(See Attached)
_____          _____          _____
(State where admitted)                    (Admission date)                         (Attorney Identification Number)


_____          _____          _____
(State where admitted)                    (Admission date)                         (Attorney Identification Number)


_____          _____          _____
(State where admitted)                    (Admission date)                         (Attorney Identification Number)

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

(See attached)
_____          _____          _____
(Court where admitted)                    (Admission date)                         (Attorney Identification Number)


_____          _____          _____
(Court where admitted)                    (Admission date)                         (Attorney Identification Number)


_____          _____          _____
(Court where admitted)                    (Admission date)                         (Attorney Identification Number)

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*
**Defendant Mehdi Nikparvar-Fard**

_____
(Applicant's Signature)

12/15/2021
_____
(Date)

Name of Applicant's Firm    Blank Rome LLP

Address    1271 Avenue of the Americas New York, NY 10020

Telephone Number    (212) 885-5120

Email Address    Nicholas.Tambone@BlankRome.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/15/2021__          _____
              (Date)                              (Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Nicholas R. Tambone _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joseph G. Poluka | _Signature_ | 11/7/1984 | 42035 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Blank Rome LLP

One Logan Square, 130 North 18th Street, Philadelphia, PA 19103

(215) 569-5624

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2021
        (Date)

_____
      (Sponsor's Signature)

## Nicholas R. Tambone—Jurisdiction Admissions

*State Jurisdictions*

| Jurisdiction | Admission Date | Attorney ID No. |
|---|---|---|
| New Jersey | 11/20/2012 | 018422012 |
| New York | 10/7/2013 | 5163274 |

*Federal Jurisdictions*

| Jurisdiction | Admission Date |
|---|---|
| S.D.N.Y. | 12/16/2013 |
| E.D.N.Y. | 12/17/2013 |
| 2d Cir. | 4/11/2014 |
| 4th Cir. | 11/21/2014 |
| D.N.J. | 6/29/2016 |
| W.D.N.Y. | 11/15/2018 |
| U.S. Supreme Court | 11/19/2019 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action |
| MEHDI NIKPARVAR-FARD<br>a/k/a Mehdi Armani, | No. 2:18-cr-00101-1-GEKP |
| Defendant. | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Nicholas R. Tambone, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows: **UPON ALL COUNSEL OF RECORD, BY ECF**

**Joseph G. Poluka**

Dated: _____December 15, 2021_____