IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEHDI NIKPARVAR-FARD<br>a/k/a Mehdi Armani,<br><br>Defendant. | Criminal Action<br><br>No. 2:18-cr-00101-1-GEKP |

**DEFENDANT NIKPARVAR-FARD'S MOTION TO EXCLUDE CO-DEFENDANTS'
STATEMENTS PURSUANT TO *UNITED STATES V. BRUTON***

Defendant Mehdi Nikparvar-Fard, by and through his undersigned counsel, moves for an order precluding the introduction of the statements of his non-testifying co-defendants. For the reasons set forth in the accompanying memorandum of law—which is incorporated here by reference—the Court should preclude these statements unless and until the co-defendants testify.

Respectfully submitted,

Dated: May 6, 2022

**BLANK ROME LLP**

By:/s Joseph G. Poluka
   Joseph G. Poluka (PA Bar No. 42035)
   Joseph.Poluka@BlankRome.com
Ann E. Querns (PA Bar No. 314145)
Ann.Querns@BlankRome.com
One Logan Square
130 N. 18th St.
Philadelphia, PA 19103
Tel: (215) 569-5500

Nicholas R. Tambone (*pro hac vice pending*)
Nicholas.Tambone@BlankRome.com
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5000

-and-

**FRANK DESIMONE, ESQUIRE**

By: /s Frank DeSimone
    Frank DeSimone (PA Bar No. 12359)
    fdesimone2003@yahoo.com
123 S. Broad St., Suite 2500
Philadelphia, PA 19109
Tel: (215) 567-3507

*ATTORNEYS FOR DEFENDANT*
*MEHDI-NIKPARVAR-FARD*