IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEHDI NIKPARVAR-FARD<br>a/k/a Mehdi Armani,<br><br>Defendant. | Criminal Action<br><br>No. 2:18-cr-00101-1-GEKP |

**[Proposed] Order**

**AND NOW**, on this _____ day of _____, 2022, upon consideration of Defendant Mehdi Nikparvar-Fard's Motion to Exclude Co-Defendants' Statements pursuant to United States v. Bruton, and any opposition thereto, it is hereby:

**ORDERED** that Defendant Mehdi Nikparvar-Fard's motion is **GRANTED**; and it is further

**ORDERED** that the Government cannot introduce the statement of any co-defendant in this action unless and until that individual testifies.

BY THE COURT:

_____
HON. GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE