IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | No. 18-101-1 |
| a/k/a "Mehdi Armani" | : | |

**ORDER**

AND NOW, this 7th day of July, 2022, upon consideration of Defendant Medhi Nikparvar-Fard's Motion for Reconsideration of the Pretrial Detention Order (Doc. No. 417), the Government's Response in Opposition (Doc. No. 424), Nikparvar-Fard's Reply in Support (Doc. No. 431), and the hearing held on July 5, 2022, it is **ORDERED** that the Motion for Reconsideration of the Pretrial Detention Order (Doc. No. 417) is **GRANTED** as provided in this Order.

Defendant Medhi Nikparvar-Fard, a/k/a Mehdi Armani, shall be immediately released from pre-trial detention in this Criminal Action No. 18-101-1 upon the Court's receipt of satisfactory documentary evidence of the Defendant's compliance with the following conditions:

1. Medhi Nikparvar-Fard shall post a cash bond of One Hundred Thousand Dollars ($100,000);

2. Medhi Nikparvar-Fard shall post, or arrange to have posted via the existing trust that currently holds title, the full equity interests in both 400 Fairview Road, Penn Valley, Pennsylvania and 1864 S. Wacamar Driver, Murrells Inlet, South Carolina;

3. Medhi Nikparvar-Fard shall post the full equity interest in 6744 Emlen Street, Unit #7, Philadelphia, Pennsylvania and 1734 Hawthorne Avenue, Havertown, Pennsylvania, both of which real properties are owned by Hossein Fazelinia and Hanieh Razzaghi,

1

who shall present their written agreement, under oath, to the posting of these properties as provided in this Order; and

4. Medhi Nikparvar-Fard shall post the full equity interest in 281 Militia Drive, Wayne, Pennsylvania and 6736 Emlen Street, Unit #3, Philadelphia, Pennsylvania, both of which real properties are owned by Khadijen Razzaghi and Medhi Razzaghi, who shall present their written agreement, under oath, to the posting of these properties as provided in this Order.

**IT IS FURTHER ORDERED THAT** upon payment of the bond and compliance with the foregoing paragraphs 1, 2, 3, and 4, Medhi Nikparvar-Fard shall be released to his wife, Niusha Houshmand, at 400 Fairview Road, Penn Valley, Pennsylvania.

5. Mehdi Nikparvar-Fard must not leave 400 Fairview Road, Penn Valley, Pennsylvania, except as authorized by Pretrial Services or this Court.

6. Mehdi Nikparvar-Fard must surrender all passports and visas to Pretrial Services and shall not apply for any passports or other travel documents nor seek any sanctuary or protection of or in any governmental or political entity or subdivision;

7. Mehdi Nikparvar-Fard's wife must surrender all passports and visas to Pretrial Services and must not apply for any passports or other travel documents;

8. Mehdi Nikparvar-Fard shall be subject to location monitoring by a Global Positioning System device and must not leave 400 Fairview Road, Penn Valley, Pennsylvania, without Pretrial Services' or this Court's prior authorization.

9. Mehdi Nikparvar-Fard must avoid all direct or indirect contact with anyone other than his family, medical doctors and counselors, and attorneys, including no such contact with co-defendants, witnesses for any of the parties to this case, any victims of the

alleged crimes, and any and all persons involved in the conduct which is the subject of this case in any way whatsoever.

10. Mehdi Nikparvar-Fard shall report to Pretrial Services on a regular basis, with a schedule to be set by Pretrial Services.

11. Mehdi Nikparvar-Fard shall refrain from possessing or handling a firearm or other dangerous weapon, and no firearms or other dangerous weapons may be permitted anywhere on the premises of 400 Fairview Road, Penn Valley, Pennsylvania.

12. Mehdi Nikparvar-Fard must seek mental health treatment, including counseling for anger management, at his own cost.

13. Violation of any of the foregoing conditions will result in revocation of pretrial prelease and a return of Mehdi Nikparvar-Fard to pretrial detention.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE