IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | No. 18-101-1 |
| a/k/a "Mehdi Armani" | : | |

## ORDER

**AND NOW**, this 12th day of July 2022, the Court, by Order dated July 7, 2022, having ordered Mehdi Nikparvar-Fard released from pre-trial detention upon satisfaction of enumerated conditions, **IT IS FURTHER ORDERED** that as to the conditions to the pledging of certain real properties the Clerk's Office requirements (such as, for example, the submissions of appraisals) are waived.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1