**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MEHDI NIKPARVAR-FARD a/k/a MEHDI ARMANI | Criminal No. 18-101-01 |

## DEFENDANT NIKPARVAR-FARD'S MOTION TO COMPEL DISCOVERY AND DISMISS THE SUPERSEDING INDICTMENT

Defendant, Mehdi Nikparvar-Fard a/k/a Mehdi Armani, through his undersigned counsel, respectfully moves to the Court to compel the Government to produce discovery and to dismiss the Superseding Indictment for the reasons stated in Defendant's accompanying Memorandum of Law, which is incorporated herein.

Dated: October 21, 2022

Respectfully submitted,

BLANK ROME LLP

BY: /s Joseph G. Poluka
Joseph G. Poluka (PA Bar No. 42035)
Ann E. Querns (PA Bar No. 314145)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Email: poluka@blankrome.com
aquerns@blankrome.com
Telephone: 215-569-5500

FRANK DESIMONE, ESQUIRE

BY: /s Frank DeSimone
Frank DeSimone (PA Bar No. 12359)
123 S. Broad St.
Suite 2500
Philadelphia, PA 19109
Email: fdesimone2003@yahoo.com
Telephone: 215-567-3507