# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Criminal No. 18-101-01 |
| MEHDI NIKPARVAR-FARD a/k/a MEHDI ARMANI | |

### [PROPOSED] ORDER

AND NOW, on this _____ day of _____ 2022, this Court having considered Defendant Medhi Nikparvar-Fard a/k/a Mehdi Armani's Motion to Compel Discovery and Motion to Dismiss the Superseding Indictment, and the Government's responses thereto, it is hereby ORDERED that the Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that the Superseding Indictment is dismissed.

BY THE COURT:

_____
THE HONORABLE GENE E. K. PRATTER, UNITED STATES DISTRICT JUDGE