# EXHIBIT B

# Querns, Ann E.

| | |
|---|---|
| **From:** | Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov> |
| **Sent:** | Tuesday, May 14, 2019 10:41 AM |
| **To:** | Querns, Ann E. |
| **Cc:** | Poluka, Joseph G.; Frank Desimone |
| **Subject:** | Re: US v. Nikparvar-Fard - Patient Records |

Ann,

I did get your e-mail and I am working on the questions/issues you raised. I will follow-up in the near future. In the interim, thanks for your continued patience.

Jason

Sent from my iPhone

On May 14, 2019, at 10:27 AM, Querns, Ann E. <AQuerns@blankrome.com<mailto:AQuerns@blankrome.com>> wrote:

Hi Jason,

I wanted to make sure you received the below request. Please let me know if you need further information or want to discuss.

Best,
Ann

Ann E. Querns | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5674 | F: 215.832.5674 | aquerns@blankrome.com<mailto:aquerns@blankrome.com>

From: Querns, Ann E.
Sent: Wednesday, May 1, 2019 12:20 PM
To: 'Jason.Bologna@usdoj.gov<mailto:Jason.Bologna@usdoj.gov>' <Jason.Bologna@usdoj.gov<mailto:Jason.Bologna@usdoj.gov>>
Cc: Poluka, Joseph G. <POLUKA@BlankRome.com<mailto:POLUKA@BlankRome.com>>; Frank Desimone <fdesimone2003@yahoo.com<mailto:fdesimone2003@yahoo.com>>
Subject: US v. Nikparvar-Fard - Patient Records

Hi Jason,

We believe that we are missing some patient records that are mentioned in your expert's report. More specifically, we do not have any patient records for the following three patients:

* ███████████████████████████ Chart from Roosevelt 2014
* ███████████████████ - Chart from Roosevelt
* ███████████████████████████ Chart from Roosevelt 2014

Additionally, the records for the below patients seem to be missing certain charts.  For each patient, we note the date of the chart we cannot locate.



* ███ - Chart from City Line 2014
* ███ Chart from Sinking Spring office in 2013
* ███ - Chart from 2014
* ███ - Chart from City Line 2014
* ███ – ███ – Chart from Roosevelt 2015
* ███ - Chart from City Line 2013
* ███ - Chart from City Line 2014
* ███ - Chart from City Line 2014
* ███ - Chart from City Line 2013-2014
* ███ Chart from City Line 2013
* ███ Chart from City Line
* ███ – Chart from City Line 2013
* ███ - Chart from City Line and Roosevelt 2014 and 2015
* ███ Chart from City Line 2013 and 2014

Please send us these records or let us know if you believe we already received them.

Best,
Ann

Ann E. Querns | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5674 | F: 215.832.5674 | aquerns@blankrome.com<mailto:aquerns@blankrome.com>

******************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

******************************************************************************************