# EXHIBIT E

# Querns, Ann E.

| | |
|---|---|
| **From:** | Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov> |
| **Sent:** | Thursday, August 29, 2019 9:50 AM |
| **To:** | Querns, Ann E. |
| **Cc:** | Scott, Syreeta - OIG |
| **Subject:** | Re: Update on AUC Discovery - Patient Files |

Ann,

My goal is to have materials mailed next week.  I will follow-up to confirm the specific date they are being sent.

Thanks,
Jason

Sent from my iPhone

On Aug 26, 2019, at 1:42 PM, Querns, Ann E. <AQuerns@blankrome.com> wrote:

> Hi Jason,
>
> Thanks for the call on Friday.  Can you please provide us with an estimate on when we should expect the next production, which will include all the patient files sent to Dr. Thomas?
>
> Best,
> An
>
> **Ann E. Querns** | BLANKROME
> One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
> O: 215.569.5674 | F: 215.832.5674 | aquerns@blankrome.com
>
> ---
>
> **From:** Querns, Ann E.
> **Sent:** Friday, August 23, 2019 10:43 AM
> **To:** 'Bologna, Jason (USAPAE)' <Jason.Bologna@usdoj.gov>
> **Cc:** Scott, Syreeta - OIG
> **Subject:** RE: Update on AUC Discovery - Patient Files
>
> Hi Jason,
>
> Thanks for the email.  My notes on each category appear in red below.  We can discuss later today.
>
> Best,
> Ann
>
> **Ann E. Querns** | BLANKROME
> One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
> O: 215.569.5674 | F: 215.832.5674 | aquerns@blankrome.com

**From:** Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov>
**Sent:** Thursday, August 22, 2019 6:26 PM
**To:** Querns, Ann E. <AQuerns@blankrome.com>
**Cc:** Scott, Syreeta - OIG ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Update on AUC Discovery - Patient Files

Ann,

I am writing to follow-up on the AUC patient files we have been discussing. I am sending you this explanation prior to calling in the hopes it streamlines our discussion. My plan is that I will call you tomorrow. I see the patient files going into four categories:

First, there are files we already produced. These include ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Our records indicate these were part of the second discovery production. *Agreed.*

Second, there are files we will produce in the immediate future. These include ▮▮▮▮▮▮ (from Sinking Springs 2013), ▮▮▮▮▮▮ (from City Line 2014), and ▮▮▮▮▮▮ (from City Line 2014). *Wonderful. Thank you.*

Third, there are files from one AUC location that contain paperwork from two AUC office locations. For example, an AUC Montgomeryville chart for Patient A has paperwork from AUC Montgomeryville and AUC City Line. You have the AUC Montgomeryville chart, but have asked us to produce the AUC City Line file for Patient A. We have checked and we cannot find such a file. What we have found is the single file (that Dr. Thomas reviewed) contained paperwork for two AUC locations. This scenario applies to the following patients and "missing locations" you identified: ▮▮▮▮▮▮ (City Line 2014), ▮▮▮▮▮▮ (AUC City Line 2013-2014), ▮▮▮▮▮▮ (AUC City Line 2013), ▮▮▮▮▮▮ (AUC City Line, undated), ▮▮▮▮▮▮ (AUC City Line 2013), ▮▮▮▮▮▮ (AUC City Line and Roosevelt Boulevard 2014, 2015), and ▮▮▮▮▮▮ (AUC City Line 2013, 2014). Simply put, the "missing" files you requested do not exist. In prior phone calls, you and I have discussed this situation and the complications that arise from it. *Ok. I will circle back with our client to confirm.*

Fourth, you think there is an AUC City Line file for ▮▮▮▮▮▮ from 2013. We don't know why you think that. Can you please explain? *We received this information from our client and will ask for further details.*

Thanks,
Jason

**********************************************************************************
******************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**********************************************************************************
******************