# EXHIBIT F



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8499*
*Facsimile: (215) 861-8618*
*E-mail Address: jason.bologna@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 12, 2019

Joseph Poluka, Esq.
Ann E. Querns, Esq.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Frank DeSimone, Esq.
1880 John F. Kennedy Boulevard
Suite 600
Philadelphia, PA 19103

Re:   <u>**United States v. Mehdi Nikparvar-Fard, et. al.**</u>
      **Criminal No. 18-101**

Dear Counsel:

I have enclosed three encrypted DVDs in the above-captioned case. The password to open the DVDs is: ▮▮▮▮▮▮▮▮▮▮

These three DVD contain the AUC patient files that were sent to Dr. Stephen Thomas for his review. As you can see, the three DVDs are dated 8/11/2017, and they are captioned U.S. v. Highland Campbell because the investigation was opened under that name. It is the government's position that you have already been provided the AUC patient files reviewed by Dr. Thomas in the first two discovery productions. However, due to your concerns, I am sending you copies of the DVDs of AUC patient files that were provided to Dr. Thomas.

Please notify me if you have problems opening these DVDs. Please note that the DVDs are not Bates-stamped as of this writing.

Sincerely yours,

WILLIAM M. MCSWAIN
United States Attorney

*[signature: Jason P. Bologna]*

JASON P. BOLOGNA
Assistant United States Attorney