# EXHIBIT G

# Querns, Ann E.

| | |
|---|---|
| **From:** | Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov> |
| **Sent:** | Monday, September 30, 2019 2:05 PM |
| **To:** | Querns, Ann E.; Poluka, Joseph G.; Frank Desimone |
| **Cc:** | Scott, Syreeta - OIG |
| **Subject:** | AUC Discovery Production of Available Materials  (Nikparvar-Fard) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ann,

      A DVD with the "available" items you requested has been mailed to Blank Rome.  The same DVD is also available for pick-up on the 12th floor of the USAO.  The materials should include N9, N10, N22, N23, N26, N27, N28, N29, N32, N36, N37, N58, N82, N91, N202, and N618.  The DVD is protected by the following password: [REDACTED]

      Please note that in lieu of a formal discovery letter, I am including this e-mail in the materials I am providing.

Sincerely,
Jason Bologna
Assistant U.S. Attorney