# EXHIBIT H

## Querns, Ann E.

**From:** Poluka, Joseph G.
**Sent:** Wednesday, May 4, 2022 4:07 PM
**To:** Querns, Ann E.
**Subject:** FW: USA v. Nikparvar-Fard - Discovery
**Attachments:** AUC Patient Files Discovery List.xlsx

**Joseph G. Poluka** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5624 | M: 267.467.7071 | joseph.poluka@blankrome.com

**From:** Querns, Ann E. <AQuerns@blankrome.com>
**Sent:** Friday, December 6, 2019 4:57 PM
**To:** Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov>
**Cc:** Frank Desimone <fdesimone2003@yahoo.com>; Poluka, Joseph G. <POLUKA@BlankRome.com>
**Subject:** USA v. Nikparvar-Fard - Discovery

Hi Jason,

I hope you had a nice Thanksgiving! I wanted to touch based on some discovery issues. We want to confirm that we have all information related to confidential informants. For the below interactions, we think we are missing information based on what has been provided. For instance, we have documents related to these interactions but no video or visa versa.

- Substantive audio or video for ███████ November 17, 2014 visit.
- Substantive audio or video for ███████ July 18, 2013 visit
- Substantive audio or video for ███████ October 9, 2013 visit
- The date for the visit in Exhibit N3

Also, while our motion requesting all the patient charts is pending, we would like to specifically request access to certain patient records. For each patient, we note the box in which the records should be found, which correlates to the Excel Spreadsheet provided by you, which is attached to this email:

- All patients in Box Number "HC"
- All patients in Box Number "992"

| Name | DOB | Box Number |
|---|---|---|
| █████ | 10/20/1963 | 499 |
| █████ | 12/31/1966 | 313 |
| █████ | 12/31/1966 | 431 |
| █████ | 6/22/1972 | 463 |
| █████ | 9/18/1988 | 499 |
| █████ | 4/15/1983 | 313 |
| █████ | 11/1/1959 | 435 |
| █████ | 4/28/1990 | 921 |

| ████████████ | 7/4/1960 | 908 |

Let me know the best way to coordinate this. If you want us to send someone over to copy/scan things at your office or if there is a better way.

Have a great weekend.

Best,
Ann

**Ann E. Querns** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5674 | F: 215.832.5674 | aquerns@blankrome.com