# EXHIBIT M

**Querns, Ann E.**

| | |
|---|---|
| **From:** | Kozminski, Carolyn A. ██████████████ |
| **Sent:** | Wednesday, October 21, 2020 9:04 AM |
| **To:** | Querns, Ann E.; Bologna, Jason (USAPAE) |
| **Subject:** | RE: Discovery - AUC Case |

Thank you Jason!

Good Morning Ann,

I tried to reach you on your cell.  All we need is for the assistant to get tested for covid and have negative results.

Feel free to call me with any questions.

Thank you!
Carolyn
██████████

-----Original Message-----
From: Querns, Ann E. <AQuerns@blankrome.com>
Sent: Tuesday, October 20, 2020 11:04 PM
To: Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov>; Kozminski, Carolyn A. ██████████████
Subject: RE: Discovery - AUC Case

Hi Carolyn,

Let me know what you need from me to allow the assistant access.  If it is easier to discuss, I am free until noon tomorrow then after 2 and can be reached on my cell.

Best,
Ann

Ann E. Querns | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5674 | C: 856.905.5115 | F: 215.832.5674 | aquerns@blankrome.com

-----Original Message-----
From: Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov>
Sent: Tuesday, October 20, 2020 4:55 PM
To: Kozminski, Carolyn A. ████████████████
Cc: Querns, Ann E. <AQuerns@blankrome.com>
Subject: Discovery - AUC Case

Ann,

I am including the new DEA supervisor in this message (Carolyn). Carolyn spoke to me today and said the representative who is scanning the materials Dr. Nikparvar-Fard requested is offering to bring an assistant to speed up this process.

Carolyn would like to give that person access to the materials provided he/she can get a COVID test before coming to DEA. Can you please touch base with Carolyn to iron out that issue.

Thanks,
Jason

Sent from my iPhone

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*