# EXHIBIT N

# Querns, Ann E.

| | |
|---|---|
| **From:** | Bologna, Jason (USAPAE) <Jason.Bologna@usdoj.gov> |
| **Sent:** | Wednesday, June 9, 2021 4:46 PM |
| **To:** | Querns, Ann E. |
| **Subject:** | Discovery Update (Nikparvar-Fard) |

Ann,

    Just left you a message on your cell phone. Repeating the same info here, albeit with a few more details. PDMP data for your client has been requested. Will forward to you upon receipt. PA Department of State found the vast majority of attachments, but not all of them. I have attached a summary below (provided by the PA Department of State attorneys/employees).

14-49-10149-1 → All of the attachments
14-49-10149-2 → All requested documents
14-49-10149-3 → All requested documents
14-49-10149-7 → All attachments except attachment 8 – These were attorney notes
       -7 Supplemental → all requested documents
14-49-11377-1 and supplements → No attachments were in the file except 44 and 45 which were sent.

15-49-08459-1 → No documents were in the file
15-54-13748-1 → No documents were in the file

    I am in the office on Friday for an all-day meeting on a different case, but will coordinate getting these materials out the door. Please give me a call with any questions.

Sincerely,
Jason

Jason P. Bologna
Assistant United States Attorney
U.S. Attorney's Office for the Eastern District
of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8499 (office)
(215) 764-9795 (cell)
(215) 861-8618 (fax)
jason.bologna@usdoj.gov