# EXHIBIT P



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

*Direct Dial: (215) 861-8499*
*Facsimile: (215) 861-8618*
*E-mail Address: jason.bologna@usdoj.gov*

July 6, 2022

Joseph Poluka, Esq.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Frank DeSimone, Esq.
123 S. Broad St.
Suite 2500
Philadelphia, PA 19109

Ann Flannery, Esq.
Law Offices of Ann C. Flannery
1835 Market Street, Suite 2900
Philadelphia, PA 19103

Lawrence Bozzelli, Esq.
211 North 13th Street
Philadelphia, PA 19107

David Mischak, Esq.
McMonagle, Perri, McHugh & Mischak
1845 Walnut Street, 19th Floor
Philadelphia, PA 19103

David Bahuriak, Esq.
518 South 3rd Street
Philadelphia, PA 19147

Rocco C. Cipparone, Esq.
203-205 Black Horse Pike
Haddon Heights, NJ 08035

Richard J. Fuschino, Esq.
1600 Locust Street
Philadelphia, PA 19103

Kevin Birley, Esq.
1221 Locust St.
Philadelphia, PA 19107

    Re: United States v. Nikparvar-Fard et al.
        Criminal No. 18-101

Dear Counsel:

  I enclose discovery materials labeled USAO-134757 to USAO-142278, consisting of the following:

- Reports of recent interviews;
- Surveillance photographs;
- Copies of checks issued by AUC;
- Materials relating to Loretta Brown;

- 2014 Pennsylvania Medical Society Prescriber Guidelines on the Use of Opioids;
- Certain PDMP data; and
- Transcripts of depositions recently obtained by the government.

Please note that you will need to use the password ▮▮▮▮▮▮▮▮ to access the enclosed materials. Please contact me immediately if you have any difficulty accessing the materials or if you have any questions.

Sincerely yours,

JACQUELINE C. ROMERO
United States Attorney

*/s/ Mary Kay Costello*
MARY KAY COSTELLO
CHRISTOPHER E. PARISI
Assistant United States Attorneys