## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | No. 18-101-1 |
| a/k/a "Mehdi Armani" | : | |

## ORDER

**AND NOW**, this 22nd day of December, 2022, upon consideration of Mehdi Nikparvar-Fard's Motion for Reconsideration of the Court's September 14, 2021 Order Denying Motion to Suppress Statements (Doc. No. 463), the Government's Response in Opposition (Doc. No. 469), and Dr. Nikparvar-Fard's Response in Support (Doc. No. 502), it is **ORDERED** that the Motion (Doc. No. 463) is hereby **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE