# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | |
| a/k/a "Mehdi Armani" | : | No. 18-101-1 |
| MITCHELL WHITE | : | No. 18-101-6 |
| JASON DILLINGER | : | No. 18-101-7 |

## ORDER

AND NOW, this 29th day of December, 2022, upon consideration of Mehdi Nikparvar-Fard's Motion to Compel Discovery and Dismiss the Superseding Indictment (Doc. No. 462), Mr. White's Motion to Dismiss the Charges Against Him (Doc. No. 464), the Government's Response in Opposition (Doc. No. 478), Mr. White's Reply in Support of his Motion (Doc. No. 493), Dr. Nikparvar-Fard's Second Motion to Dismiss the Superseding Indictment (Doc. No. 494), the hearing on December 6, 2022, Dr. Nikparvar-Fard's Supplemental Memorandum (Doc. No. 503), and Mr. White's Supplemental Memorandum (Doc. No. 504), for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. Dr. Nikparvar-Fard's Motion to Compel Discovery and Dismiss the Superseding Indictment (Doc. No. 462) is **GRANTED IN PART** and **DENIED IN PART** as set forth in the accompanying memorandum. The Government shall submit to the Court for *in camera* review further information about Source 82467.

2. Mr. White's Motion to Dismiss the Charges Against Him (Doc. No. 464) is **DENIED**.

3. Dr. Nikparvar-Fard's Second Motion to Dismiss the Superseding Indictment (Doc. No. 494) is **DENIED**.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE