**CJP BUILDERS, LLC**
1250 Bethlehem Pike Unit S-208
Hatfield, PA 19440
267-547-2805
**Repairs*Renovations*Masonry*Demolition**

September 12, 2022

**RE:** Niusha Houshmand
122 E. 3rd Street
Pottstown, PA 19464

**Job Description** – Rehab Triplex Building

### Demo

- Demo bathrooms
- Demo some walls as needed

### Framing

- Install new framing walls, doors, baseboard molding, door trim and new windows

### Plumbing

- Install 3 new hot water tanks
- Install new tubs, shut off valves, PVC piping, sink vanity and toilets

### Kitchen

- Install 3 new kitchens

### HVAC

- Install 3 new HVAC systems in the apartment units

### Electric

- Install all new wiring throughout the triplex
- Install new panel boxes in the units
- Install new light fixtures throughout the unit

**Appliances**

- Install 3 new stoves
- Install 3 new refrigerators
- Install 3 new microwaves

**Flooring**

- Install new flooring throughout the units (ceramic tiling, 100% water proofing flooring as needed)

**Sheet Rock/Paint Prime/Sparkle Tape**

- Install new sheet rock throughout the units sparkle and tape
- Prime and paint house throughout the triplex

**I PROPOSE hereby to furnish labor and material – in accordance with above specifications for the sum of dollars.**

One Hundred & Five Thousand Dollars ----------------$ 130,000.00

#1 - Customer is to pay 1/3 deposit ($ 43,333.00) on September 12, 2022.

#2 – Customer is to pay 1/3 deposit ($ 43,333.00) on _____.

#3 – Customer is to pay remainder balance of ($ 43,333.00) the day of the project completion.

The above prices, specifications and conditions are satisfactory and are hereby accepted.  CJP Builders, LLC is authorized to do the work as specified. Payment will be as agreed.

Owners Signature
Niusha Houshmand - _____

Contractors Signature
Terron Childs - *Terron Childs*