# Municipality of Norristown, Pennsylvania
## Department of Buildings & Code Enforcement

### Registration Certificate

Note: This is not a license. This is simply a registration certificate issued by the Municipality of Norristown so that the individual and/or entity listed below can pull permits for home improvement work on Residential Buildings (Single Family Dwellings and Duplexes).

This certifies that:  EXPRESS CONSRUCTION LLC
MEHDL ARMANI
400 FAIRVIEW ROAD
NARBERTH, PA 12072
(570) 951-2275

has provided satisfactory documentation for the necessary qualifications required by the laws of the Municipality of Norristown to operate as a:

### RESIDENTIAL CONTRACTOR

**Authorized To Perform: Any type of building, mechanical, electrical, plumbing, etc., home improvement work on Residential Buildings Only (Single Family Dwellings and Duplexes).**

Documents Provided To Obtain Residential Contractor Registration:

- [✓] Completed and Submitted Contractor Registration Application (No Administrative Fee / License Fee Paid)
- [✓] Copy of Valid PA Attorney General Home Improvement Contractor License
- [✓] Copy of Valid General Liability Insurance Certificate
- [✓] Copy of Valid Workers Compensation Insurance (or Notarized Exempt Form)
- [✓] Copy of Valid Norristown Business Privilege Tax License

Registration Number:  1139
Date of Issue:  04/04/2023
Expiration Date:  12/31/2023

This registration is issued and was approved subject to the representations made on the application and documents provided. This registration may be suspended or revoked for cause as provided by Chapter 251 of the Municipal Code. The above registrant shall comply with all applicable Federal and State laws and regulations and with the laws, regulations, and ordinances of the Municipality of Norristown.

*Amrinder Singh*

**Amrinder Singh, CCEA, MCP, CBO**
**Code Enforcement Manager & Building Code Official**