

*Borough of Pottstown*
*Licensing & Inspections*
*100 East High Street*
*Pottstown, Pennsylvania 19464-9525*
*Email: LNIAdmin@pottstown.org*
*610-970-6520*

## Application For Plan Examination and Building Permit

| Date | Type of Permits:  □ Fire     □ Building     □ Electrical     □ Mechanical     □ Plumbing     □ Demolition |
|---|---|

## 1.  Applicant Information

| Applicant First Name | Applicant Last Name or Name of Business | Applicant Contact Phone |
|---|---|---|
| Applicant Street Address | Applicant City | Applicant Zip |
| Applicant Email Address – *Print Legibly* | | |

## 2.  Property Information

| Street Number | Street Name | | Suite/Unit # |
|---|---|---|---|
| Parcel # | Parcel Type:  □ Residential     □ Commercial<br>□ Industrial     □ Other | | Historic District?<br>□ Yes    □ No |
| | | | |
| Owner First Name | Owner Last Name or Name of Business | Owner Contact Phone | |
| Owner Street Address | Owner City | Owner Zip | |
| Owner Email Address – Print Legibly | | | |

## 3.  Commercial Tenant Information

| Tenant Business Name | | Tenant Contact Phone |
|---|---|---|
| Tenant First Name | Tenant Last Name | |
| Tenant Street Address | Tenant City | Tenant Zip |
| Tenant Email Address – Print Legibly | | |

All building permit applications must be complete and accompanied by a site plan drawn to an acceptable scale (1" to 20' or bigger) indicating the exact location and size of the proposed structure. The site plan must show setback lines at all property lines, any easements on property, location of existing water and sewer lines, wells, utility lines, right-of-ways, and any other existing structures and their dimensions on the property as may be required by the Borough.

Two sets of construction documents must also accompany a site plan and building permit application.  These construction documents shall be prepared by a registered design professional and stamped/sealed as required by the PAUCC.

**PERMIT FEES ARE NON-REFUNDABLE          Fees: $60 for the first $2,000 and then 3% of construction cost.**

**PLAN REVIEW FEES MAY BE APPLICABLE, REVIEW FEES ARE NOT INCLUDED IN THIS PERMIT FEE.**

**Review fees are based upon square footage**

-------------------------------------------------------------------------------------------------

**New Commercial and Residential  $.40 per sq. ft. (3rd party)   $.05 per sq. ft. (in-house)**

**Minimum plan review fee = $250.**

-------------------------------------------------------------------------------------------------

**Residential Alterations (i.e. renovations, decks, porches, unfinished basements, etc.) $.40 per sq. ft.**

**Minimum plan review fee = $100.**

## Commercial or General Contractor Information

| Company Name | Contractor Name |
|---|---|
| PA HIC# or Borough Reg # | Phone |
| Email Address – Print Legibly | |

## Additional Contractors

| | Company Name / Contractor Name | PA HIC OR Borough Reg | Phone |
|---|---|---|---|
| **Architect** | | | |
| **Excavation** | | | |
| **Concrete** | | | |
| **Carpentry** | | | |
| **Electrical** | | | |
| **Plumbing** | | | |
| **Sewer** | | | |
| **Mechanical** | | | |
| **Roofing** | | | |
| **Masonry** | | | |
| **Drywall/Lathing** | | | |
| **Fire Protection** | | | |
| **Paving** | | | |

**A construction drawing must be submitted for any and all construction projects.**

**Improvement Type**

| □ New Construction | □ Addition | □ Alteration | □ Repair/Replacement |
|---|---|---|---|
| □ Relocation | □ Foundation Only | | □ Demolition |

**Building Permit Application Proposed Use:**

| **Assembly** | **Factory** | **Residential** |
|---|---|---|
| □ Theatre | □ Moderate Hazard | □ Hotel, Motel |
| □ Night Club | □ Low Hazard | □ Multi-Family |
| □ Restaurant | □ High Hazard | □ One/Two Family |

| **Other Assembly** | **Institutional** | **Storage** |
|---|---|---|
| □ Church | □ Group Home | □ Moderate Hazard |
| □ Business | □ Hospital | □ Low Hazard |
| □ Educational (Grades 1=12) | □ Jail | |
| □ Day Care Facility | □ Mercantile | □ **Other** |
| □ Post High School | | |

**Frame Type (Select One)**

| □ Steel | □ Masonry | □ Concrete | □ Wood | □ Other |
|---|---|---|---|---|

**Exterior Walls (Select One)**

| □ Steel | □ Masonry | □ Concrete | □ Wood | □ Other |
|---|---|---|---|---|

| | # Feet | | # Of | | Sq. Ft. |
|---|---|---|---|---|---|
| Frontage | | Stories | | Lot Area | |
| Front Setback | | Bedrooms | | Building Area | |
| Rear Setback | | Full Baths | | Parking Area | |
| Left Setback | | Partial Baths | | Living Area | |
| Right Setback | | Garages | | Basement Area | |
| Elevation | | Windows | | Garage Area | |
| | | Fireplaces | | Office/Sales | |
| | | Enclosed Parking | | Service | |
| | | Outside Parking | | Manufacturing | |

| Est. Start Date | Est. Finish Date | Est Value $ |
|---|---|---|

**Fire Protection Permit Information:**

**Description of Work:**

| |
|---|

| Est. Start Date | Est. Finish Date | Est Fire Cost $ |
|---|---|---|

| □ Fire Alarm System | □ Fire Sprinkler System | □ Kitchen Fire Suppression Systems | □ Special Fire Suppression System |
|---|---|---|---|

**Building Permit Information:**

**Description of Work:**

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
| Est. Start Date | Est. Finish Date | **Est Build. Cost $ |

**\*\*Deduct Electrical, Plumbing, Mechanical, and other permit costs from this estimate.**

---

**Electrical Permit Information:**

**Description of Work:**

|  |  |  |
|---|---|---|
|  |  |  |
| Est. Start Date | Est. Finish Date | Est Elec. Cost $ |

| Total Service Amps |  | Total # of Motors |  |
|---|---|---|---|

| Number of Service Outlets | | | | Number of Circuits | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 110V: |  | 220V: |  | 2 wire |  | 3 wire |  | 4 wire |  |

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Power Device |  |  |  |  |  |  |  |  |  |
| Output/Load |  |  |  |  |  |  |  |  |  |

---

**Mechanical Permit Information:**

.
**Description of Work:**  Unit specification sheets are required as an attachment

|  |  |  |
|---|---|---|
|  |  |  |
| Est. Start Date | Est. Finish Date | Est Mech. Cost $ |

Enter number of new/replacement units.

| Forced Air Furnace |  | Boiler |  | Heat Pump |  |
|---|---|---|---|---|---|
| Unit Heater |  | Coil Unit |  | Air Cleaners |  |
| Gas/Oil Conversion |  | Window A/C Unit |  | Humidifier |  |
| Space Heater |  | Split System A/C |  | Dehumidifier |  |
| Gravity Furnace |  | A/C Compressor |  | Other: |  |
| Incinerator |  | Air Handling Unit |  | Other: |  |

| Type of Heating Fuel | □ Gas | □ Oil | □ Coal | □ Wood | □ Other |
|---|---|---|---|---|---|

---

**Plumbing Permit Information:**

**Description of Work:**

| | | |
|---|---|---|
| | | |
| Est. Start Date | Est. Finish Date | Est Plumb. Cost $ |

Enter number of fixtures being installed or replaced. Fees: $20. per fixture; Sewer ejector or interceptor $50.;
Water/sewer, $35. per 100 linear ft. or fraction thereof.  Minimum of $35 plus a $60 inspection fee.

| Tub/Shower | | Drinking Fountain | | Water Pump | |
|---|---|---|---|---|---|
| Shower Stalls | | Floor Drain | | Roof Opening | |
| Lavatories | | Water Heater | | Parking Lot Drain | |
| Toilets | | Water Softener | | Inside Downspout | |
| Urinals | | Sewage Ejector | | Swimming Pool | |
| Sinks | | Sump Pump | | Expansion Tank | |
| Laundry Tubs | | Grease Trap | | Other: | |
| Dishwasher | | Bidet | | Other: | |
| Garbage Disposal | | Back Flow Preventer | | Total Fixtures= | |

| Public Water? | □ Yes | □ No | Public Sewer? | □ Yes | □ No |
|---|---|---|---|---|---|
| Fire Sprinklers? | □ Yes | □ No | Lawn Sprinklers? | □ Yes | □ No |

| Water Service Size (inch) | | Water Meter Size (inch) | | Avg Daily Water Use GPD | |
|---|---|---|---|---|---|

---

### Demolition Permit Application:

Before a Demolition permit is issued permits are required to be obtained to disconnect the utilities. HARB approval is required if the property is within the overlay district.  Demolition permits may require an additional Fire Marshal permit.
Demolition permits are valid for three months.  If the demolition work is not completed within that time frame, any bond posted by the applicant shall be forfeited.
There is a requirement for a posting of a financial security in the amount of $1,500 to guarantee the proper capping and sealing of the water and sewer services.

**Description of Work:**

| |
|---|
| |
| |
| □ **With Services**     □ **Without Services** |

| Est. Start Date | Est. Finish Date | Est Demo. Cost $ |
|---|---|---|

Demolition work cannot start until a construction fence is erected and/or the area is secured.  In addition:
1. Plumbing Permit required for water/sewer disconnect at main.
2. Mechanical Permit required for disconnect of gas lines, removal of fuel tanks and other hazardous materials.
3. Public Works Permit for street opening or damage.
4. Disconnect electrical lines, phone lines at the street pole. (See Fire Marshal.)

**Demolition continued on next page**

5. Where an existing party wall or an existing exposed wall which is structurally sound and which is not intended to be used by the person causing demolition, and further that the surface of the said wall is to remain exposed, such person causing the demolition shall preserve, at his own expense, the party or exposed wall by ensuring that the exposed surface shall be permanently waterproof.
6. Notify Fire Marshal 24 hours prior to demolition at 610-970-6525.
7. Keep property clean, safe, and free from any accumulation of rubbish or garbage.
8. Grade and maintain property to prevent erosion or accumulation of water. Grade to establish street grade.

---

I further certify that the information above is true and accurate to the best of my knowledge. I understand that the submission of inaccurate of incorrect information on this form could subject the applicant to a loss of registration within the Borough.

| Applicant Print Name | |
|---|---|
| Applicant Signature | |

Rev 2/2023

## GUIDELINES

### APPLICATIONS:
A. This application must be filled out completely and legibly in blue or black ink, or it will be rejected
B. In cases of new ownership, proof of new ownership is required.  Acceptable form of documentation:
  i.   *Recorded* Deed or
  ii.  Signed and dated Settlement Sheet

### CONTRACTORS:
A. Commercial contractors and Subcontractors must hold a valid annual Borough of Pottstown Contractor Registration
B. Contractors and Subcontractors performing residential work must hold either:
  i.   A valid PA HIC#, or
  ii.  A valid Borough of Pottstown Contractor Registration
C. Plumbers and Electricians performing residential and/or commercial work must be a "Master" and must hold a valid Borough of Pottstown Contractor Registration
D. A valid Certificate of Insurance is to accompany each permit application
E. All Contractors performing work must be listed on this application
F. The Contractor Registration application is available on our website @ www.pottstown.org and provides further information

### DECKS, ADDITIONS, STRUCTURAL WORK:
A. Application must be submitted with required documentation, or it will be rejected:
  i.   Construction drawing/sketch,
  ii.  Floor plan (additions, renovations)
  iii. Professional Design plan (as applicable)
B. Plan review fees (as described on Page 2) MUST be submitted with this application

### MECHANICAL
A. Application must be submitted with required specification (spec) sheet, or it will be rejected:

### WORKING WITHOUT A PERMIT
A. Permits must be paid and in hand before any work may begin.
B. A double permit fee may be levied to each permit type for work performed without a valid permit