IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-101 |
| MEHDI NIKPARVAR-FARD | : | |

**GOVERNMENT'S MOTION TO REVOKE OR MODIFY PRETRIAL RELEASE**

The government submits this Motion to Revoke or Modify following the defendant's recent arrest in Montgomery County, in violation of the terms and condition of his presentence release.[1]

On July 7, 2022, following a hearing, defendant Mehdi Nikparvar-Fard was released from pretrial detention on terms that included home confinement at his residence in Penn Valley, Pennsylvania, and GPS location monitoring. ECF 433.

On January 6, 2023, the defendant pleaded guilty to Count Five of the indictment charging him with conspiracy to illegally distribute controlled substances as part of a written plea agreement before this Court. At his change of plea hearing, this Court ordered the defendant would remain on house arrest supervised by pretrial services and subject to conditions pending his sentencing. The defendant's sentencing is currently scheduled for September 19, 2023.

---

[1] The defendant is also on supervised release following his conviction at 17-CR-513 for providing a false name and then threatening to kill a Deputy United States Marshal.

In April 2023, the defendant sought the modification of his home confinement to allow him to renovate a property in Pottstown, Pennsylvania. On April 14, 2023, the Court granted the defendant's request for a period of 60 days and permitted him to travel to the Pottstown property seven days a week for the sole purpose of renovating that property. ECF 604. On June 22, 2023, (ECF 619), July 28, 2023 (ECF 623), and August 24, 2023 (ECF 635) this Court granted 30-day extensions of the modification to permit continued work on the Pottstown property. Inherent in this Court's orders granting release pending sentencing is the requirement that the defendant refrain from committing any additional crimes.

I. **THE FACTS**

In support of this motion, the government makes the following representations and proposed findings of fact:

1. There is probable cause to believe that the defendant violated the terms and conditions of his supervision pending sentencing by committing a new crime on August 30, 2023, when he stole approximately $449 worth of merchandise at Home Depot in Pottstown by intentionally under-ringing merchandise at a self-checkout line. When confronted by loss prevention officers and police, the defendant provided a false date of birth and claimed his name was "Michael Nikparvar."

2. As detailed in the arresting officer's affidavit of probable cause, which is attached as an exhibit, the defendant also attempted to steal property the day before his arrest by under-ringing merchandise at a self-checkout line but was caught and corrected by an alert cashier.

3. The defendant was arrested and charged by the Lower Pottsgrove Township Police with retail theft pursuant to 18 Pa. C.S. § 3929 and providing false identification to law enforcement pursuant to 18 Pa. C.S. § 4914. The defendant was released on $5,000 unsecured bail. The case is docketed under MJ-38112-CR0000301-2023 and is awaiting a preliminary hearing which is scheduled for October 3, 2023.

## II. CONCLUSION

When all these factors are considered, including the defendant's prior record, the facts of the offense to which the defendant pleaded guilty in this matter, the fact the defendant faces incarceration under the guidelines, and the evidence from the defendant's new arrest, the government moves for revocation or modification of the Court's July 7, 2022 order granting the defendant's release.

WHEREFORE, the government respectfully submits that its Motion be granted.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

s/ Christopher E. Parisi
CHRISTOPHER E. PARISI
MARY KAY COSTELLO
Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on this date I delivered by electronic means a true and correct copy of the foregoing Motion to the following counsel:

Caroline Goldner Cinquanto
The Law Office of Caroline Goldner Cinquanto
3331 Street Road, Suite 450
Bensalem, PA 19020

/s Christopher E. Parisi
CHRISTOPHER E. PARISI
Assistant United States Attorney

Dated: September 6, 2023.