# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA
### VS.
*(NAME and ADDRESS)*

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF MONTGOMERY**

Magisterial District Number: 38-1-12
MDJ Hon. EDWARD C. KROPP, SR
Address: 1 SECURITY PLAZA; SUITE 102
POTTSTOWN, PA 19464
Telephone: (610)326-9274

**DEFENDANT:**
First Name: MEHDI
Middle Name: 
Last Name: ARMANI
Gen.:
NARBERTH, PA 19072

### NCIC Extradition Code Type

- ☐ 1 - Felony Full
- ☐ 2 - Felony Ltd.
- ☐ 3 - Felony Surrounding States
- ☐ 4 - Felony No Ext.
- ☐ 5 - Felony Pend.
- ☐ 6 - Felony Pend. Extradition Determ.
- ☐ A - Misdemeanor Full
- ☐ B - Misdemeanor Limited
- ☒ C - Misdemeanor Surrounding States
- ☐ D - Misdemeanor No Extradition
- ☐ E - Misdemeanor Pending
- ☐ F - Misdemeanor Pending Extradition Determ.
- ☐ Distance: _____

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint Number | Incident Number | Request Lab Service? |
|---|---|---|---|---|---|
|  | 08/30/2023 | R536782-1 | PA0461600-C000007366 | 20230830M0038 | ☐ YES ☒ NO |

| GENDER | DOB | POB | Add'l. DOB | Co-Defendants? ☐ |
|---|---|---|---|---|
| ☒ Male ☐ Female | | | | |

AKA  First Name: MEHDI   Middle Name:   Last Name: NIKPARVAR   Gen.:

**RACE:** ☐ White  ☒ Asian  ☐ Black  ☐ Native American  ☐ Unknown
**ETHNICITY:** ☐ Hispanic  ☒ Non-Hispanic  ☐ Unknown

**HAIR COLOR:**
- ☐ Gry (Gray)
- ☒ Blk (Black)
- ☐ Bln (Blonde / Strawberry)
- ☐ Red (Red/Auburn)
- ☐ Ong (Orange)
- ☐ SDY (Sandy)
- ☐ WHI (White)
- ☐ BLU (Blue)
- ☐ XXX (Ink./Bald)
- ☐ PLE (Purple)
- ☐ GRN (Green)
- ☐ BRO (Brown)
- ☐ PNK (Pink)

**EYE COLOR:**
- ☐ Blk (Black)
- ☐ HAZ (Hazel)
- ☐ Blu (Blue)
- ☐ MAR (Maroon)
- ☒ BRO (Brown)
- ☐ PNK (Pink)
- ☐ GRN (Green)
- ☐ MUL (Multicolored)
- ☐ GRY (Gray)
- ☐ XXX (Unknown)

| DNA | ☐ YES ☒ NO   DNA Location | WEIGHT (lbs.) |
|---|---|---|
| FBI Number | MNU Number | 155 |
| Defendant Fingerprinted | ☐ YES ☒ NO | Ft. HEIGHT in. |
| Fingerprint Classification | | 6   00 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. Same as Def. ☐ |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth   ☐ Approved   ☐ Disapproved because: _____

*(The attorney for the Commonwealth may require the complaint, arrest warrant affidavit, or both, be approved by the attorney for the Commonwealth prior to filing. See PA. R. Crim. P 507.)*

_____   _____   _____
(Name of the attorney for the Commonwealth - Please Print or Type)   (Signature of the attorney for the Commonwealth)   (Date)

I, **OFFICER DAVID A MCKECHNIE**   **037/44942**
(Name of the Affiant)   PSP/MPOETC - Assigned Affiant ID Number & Badge #

of **Lower Pottsgrove Township Police Department**   **PA0461600**
(Identify Department or Agency Represented and Political Subdivision)   (Police Agency ORI Number)

do hereby state:
1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____
   ☐ I accuse the defendant whose name and popular designation are unknown to me and whom I have therefore designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at [ **106** ]   **LOWER POTTSGROVE**
   (Subdivision Code)   (Place-Political Subdivision)
   **295 ARMAND HAMMER BLV POTTSTOWN, HOME DEPOT**
   in **MONTGOMERY** County [ **46** ] on or about **30 AUGUST 2023 AT 1422 HRS.**
   (County Code)   (Offense Date)

 **POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| | 08/30/2023 | | PA0461600-C000007366 | 20230830M0038 |

| Defendant Name | First | Middle | Last |
|---|---|---|---|
| | MEHDI | | ARMANI |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | 3929 | A4 | of the | 18 | 1 | M1 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance):
**Retail Theft - Under ring**

Acts of the accused associated with this Offense:

RETAIL THEFT-UNDER-RING

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 4914 | A | of the | 18 | 1 | M3 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance):
**False Identification To Law Enforcement Officer**

Acts of the accused associated with this Offense:

FALSE IDENTIFICATION TO LAW ENF. OFF.

 **POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed 08/30/2023 | OTN/LiveScan Number | Complaint Number PA0461600-C000007366 | Incident Number 20230830M0038 |
|---|---|---|---|---|
| Defendant Name | First MEHDI | Middle | Last ARMANI | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page(s) numbered __1__ through __2__.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_August 30_, _2023_        _[signature]_
(Date)                           (Signature of Affiant)

AND NOW, on this date _____ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed before a warrant can be issued.

__38-1-12__                    _____        | SEAL |
(Magisterial District Court Number)   (Issuing Authority)

 **POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed 08/30/2023 | OTN/LiveScan Number | Complaint Number PA0461600-C000007366 | Incident Number 20230830M0038 |
|---|---|---|---|---|
| **Defendant Name** | First MEHDI | Middle | Last ARMANI | |

## AFFIDAVIT of PROBABLE CAUSE

I the affiant, being a full-time sworn police officer with the Lower Pottsgrove Township Police Department, on August 30, 2023 at approximately 14:22 hours was on duty and responded to Home Depot at 295 Armand Hammer Boulevard for the report of a retail theft. This area is located in Lower Pottsgrove Township, Montgomery County, Pennsylvania.

I arrived and made contact with loss prevention officer Brandon Barsuk and Mehdi Armani in the loss prevention office. Barsuk advised that Armani had been in the store yesterday and attempted to under ring merchandise when a cashier discovered what he was doing and corrected the amount. Today he came in and retrieved seven windows. He then went to the self-checkout and rang up six 24X24 50 SLDR windows for $135 each and a 31X15 70 HPR window for $135.00 for a total of $945.00. Barsuk recognized this was not what he had in his shopping cart and observed him leave the store past all points of pay and walk out to his vehicle in the parking lot. Barsuk confronted him in the parking lot and found Armani to have taken one 32X46 50 DH BUCK window ($228.00), four 28X54 50 DH BUCK windows ($229.00 each), one 24X24 50 SLDR window ($135.00), and one 31X15 70 HPR window ($135.00), for a total value of $1,414.00.

The difference in value between the windows in Armani's cart and what he rang himself up for is $469.00. Armani intentionally under-rang himself for $449.00 with the intention of depriving Home Depot of this amount. Armani was taken into custody for retail theft.

Armani did not have any identification on him. When I asked him what his name was, he told me it was Michael Nikparvar, and he provided a date of birth of 8/20/1969. When no information came back on that name and date of birth I asked him again he said it was Mehdi Nikparvar and that he was not sure what his date of birth was. He was warned by Ofc Black and myself that he would be charged for lying about his name and date of birth if he did not tell the truth. He again said that his name was Mehdi Nikparvar and that his date of birth was ▓▓▓▓▓▓ I observed a probation

I, **OFFICER DAVID A MCKECHNIE (037)**, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____, _____

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January, _____

SEAL

 **POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed 08/30/2023 | OTN/LiveScan Number | Complaint Number PA0461600-C000007366 | Incident Number 20230830M0038 |
|---|---|---|---|---|
| Defendant Name | First MEHDI | Middle | Last ARMANI | |

### AFFIDAVIT of PROBABLE CAUSE CONTINUATION

notice for Mehdi Nikparvar-Fard with the same date of birth, which had a listed alias of Mehdi Armani. Upon running the registration of the vehicle that Armani said belonged to him, I saw that it was registered to Mehdi Armani and listed the same street address that he provided to me earlier. Upon checking the picture associated with that OLN, I observed that it was the male that I currently had in custody. Armani was advised that he would be charged for false identification to police. Armani was then transported to the Montgomery County Correctional Facility.

Based on the information above, which your affiant believes to be true and correct to the best of his knowledge, I respectfully request that due process begin for this defendant.

_____
(Signature of Affiant)

**CONFIDENTIAL**  **Confidential Information Form**
**Criminal Complaint**

Complete the defendant's SSN information if known. If this form is submitted as part of a Police Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tatoos sections should also be completed if known.

| Docket Number | Date Filed 08/30/2023 | OTN/LiveScan Number | Complaint Number PA0461600-C000007366 | Incident Number 20230830M0038 |
|---|---|---|---|---|
| **Defendant Name** | First MEHDI | Middle | | Last ARMANI |

### NCIC Cautions and Medical Conditions (check up to 9)

| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 - Other |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

**Scars, Marks, Tattoos (NCIC Codes)**

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Form Pertains to: | Confidential Information: | Reference in Filing: |
|---|---|---|
| ARMANI, MEHDI (full Name of adult) OR This information refers to a minor with the initials of ___ and the full name of ___ (full Name of adult) and date of birth: ___ | Social Security Number (SSN): 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 | Alternate Reference: SSN1 |
| | Financial Account Number (FAN): | Alternate Reference: |
| | Driver's License Number (DLN): 28 520 636 | Alternate Reference: DLN1 |
| | State of Issuance (DLN): PA | |
| | Expires (DLN): | |
| | State Identification Number (SID): 41952342 | Alternate Reference: SID1 |

Additional pages attached. **0** total pages attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Signature of Attorney or Affiant     Date 8/30/2023

Name: **OFFICER DAVID A MCKECHNIE**

Address: **Lower Pottsgrove Township Police Department**
**2199 BUCHERT RD**
**Pottstown, PA 19464**

Attorney Number: (if applicable) ___
Telephone: ___
Email: ___

AOPC 412A - Rev 12/21     Page 1 of 1