IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD | : | |
| a/k/a "Mehdi Armani" | : | No. 18-101-1 |

## ORDER

AND NOW, this 9th day of November 2023, upon consideration of Defendant's Second Motion to Withdraw Plea of Guilty (Doc. No. 634), the Government's Opposition to Defendant's Motion to Withdraw Guilty Plea (Doc. No. 640), and Defendant's Supplemental Motion to Defendant's Second Motion to Withdraw Guilty Plea (Doc. No. 652), it is hereby **ORDERED** for the reasons set forth in the accompanying memorandum that Defendant's Second Motion to Withdraw Plea of Guilty (Doc. No. 634) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE