IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action |
| MEHDI NIKPARVAR-FARD, a/k/a MEDI ARMANDI, | No. 18-101-1 (GEKP) |
| Defendant. | |

**DEFENDANT MEHDI NIKPARVAR-FARD'S RULE 16(b)(1)(iii) SUMMARY OF ANTICIPATED EXPERT TESTIMONY OF VINCENT RUPP**

Defendant Mehdi Nikparvar-Fard, under Federal Rule of Criminal Procedure 16(b)(1)(iii), provides notice that he intends to call Mr. Vincent Rupp as an expert witness at trial in this action, and provides the following summary of Mr. Rupp's report, the bases and reasons for those, and Mr. Rupp's qualifications:

1. MR Rupp will testify about his qualifications to provide testimony as to his analysis summarized below, based upon MR. Rupp's professional experience set forth in his curriculum vitae, a copy of which is attached as **Exhibit A.**

2. Mr. Rupp reviewed materials produced by the government in this case, Millennium Laboratory reports, PDMP reports, as well as publicly available medical literature.

3. Mr. Rupp will testify about the methodologies used to analyze the above data.

4. Mr. Rupp will testify about the results of his analysis of the above data.

Respectfully submitted,

By: _____
Vincent Rupp

1

# EXHIBIT A

# Vincent Rupp

Data, Statistics, and Modeling

**(971) 401-2020**
**vincent.rupp@gmail.com**
**linkedin.com/in/vincentrupp/**
**North Adams, MA**

## PROFESSIONAL EXPERIENCE

### U-Haul — *Data Science Analyst / Data Scientist*
2022 - Current

Developed ML model using character shingles and locality-sensitive hashing to identify duplicate customers in contract data

Used geopandas, Plotly, and k-means to identify and display customers for specific marketing endeavors

Promoted in November to lead customer data platform initiatives

Lead designer of new enterprise-scale graph of customer data

### Mt. Hood and Portland Community College — *Instructor*
2010 - 2021

Taught Statistics 1 and 2 including hypothesis tests for significance

Built calculators for inference, macros for simulations, and visualizations for concepts

Excellent reviews from students and supervisors for interpersonal skills and ability to communicate in different modalities

### BlueCross BlueShield of Oregon — *Actuarial Associate*
2007 - 2008

Most experienced analyst for business lines representing over $2B in medical claim cost

Priced hospital contracts at code-level based on fees and utilization

### HealthMarket(s) & UICI — *Actuarial Assistant*
2003 - 2006

Lead analyst on new product around statistically-defined episodes of care

Performed risk-adjusted large group contract renewals for large group underwriting and presented findings to senior management

## EDUCATION

### Johns Hopkins Bloomberg School of Public Health (through Coursera) — *Certificate, Data Science*

### Northeastern University — *MS, Mathematics*

### University of Colorado — *BA, Mathematics*

## SKILLS

Python - Intermediate

SQL - Advanced

Databricks - Intermediate

Cypher / Neo4j - Intermediate

Classification and Regression Models - Intermediate

NLP Models - Beginner

PySpark - Intermediate

Geolocation / Geopandas - Intermediate

## PERSONAL PROJECTS

Python project matched Netflix movies with RT to determine film quality by year

ML project in R achieved 99.9% accuracy due to rigorous data quality control

Completed NLP sequence through deeplearning.io

Earned FSA and MAAA credentials (currently inactive), including passing exams 4, 5, and 8G in the same month