AUC CITY LINE, PAIN MANAGEMENT PATIENT 2013-2017 NUMBER OF VISIT

| | |
|---|---|
| 1 visit | 33% |
| 2 visits | 14% |
| 3 visits | 10% |
| 4 visits | 7% |
| 5 visits | 7% |
| 6 visits or more | 31% |

AUC City Line
Pain Managment Patients 2013-2017
Number of Visits
33%
14%
10%
7%
7%
31%
1 visit
2 visits
3 visits
4 visits
5 visits
6 visits or more

| | Patients continued | Discharged or Discointinued |
|---|---|---|
| 1 visit | 4576 | 2209 |
| 2 visits | 3621 | 955 |
| 3 visits | 2914 | 707 |
| 4 visits | 2435 | 479 |
| 5 visits | 2078 | 357 |

AUC City Line
Pain Managment Patients 2013-2017
Number of Visits
7000
6000
5000
4000
3000
2000
1000
0
1 visit
2 visits
3 visits
4 visits
5 visits
Patients continued
Discharged or Discointinued



| | |
|---|---|
| 1 visit | 28% |
| 2 visits | 13% |
| 3 visits | 7% |
| 4 visits | 6% |
| 5 visits | 4% |
| 6 visits or more | 43% |

AUC Roosevelt
Pain Managment Patients 2013-2017
Number of Visits
28%
13%
7%
6%
4%
43%
1 visit
2 visits
3 visits
4 visits
5 visits
6 visits or more

| | Patients continued | Discharged or Discointinued |
|---|---|---|
| 1 visit | 2105 | 820 |
| 2 visits | 1736 | 369 |
| 3 visits | 1525 | 211 |
| 4 visits | 1356 | 169 |
| 5 visits | 1245 | 111 |

AUC Roosevelt
Pain Managment Patients 2013-2017
Number of Visits
3000
2500
2000
1500
1000
500
0
1 visit
2 visits
3 visits
4 visits
5 visits
Patients continued
Discharged or Discointinued



| | |
|---|---|
| 1 visit | 24% |
| 2 visits | 10% |
| 3 visits | 8% |
| 4 visits | 6% |
| 5 visits | 5% |
| 6 visits or more | 47% |

AUC Willow
Pain Managment Patients 2013-2017
Number of Visits
24%
10%
8%
6%
5%
47%
1 visit
2 visits
3 visits
4 visits
5 visits
6 visits or more



| | |
|---|---|
| 1 visit | 32% |
| 2 visits | 14% |
| 3 visits | 7% |
| 4 visits | 5% |
| 5 visits | 4% |
| 6 visits or more | 39% |

AUC Montgomery
Pain Managment Patients 2013-2017
Number of Visits
32%
14%
7%
5%
4%
39%
1 visit
2 visits
3 visits
4 visits
5 visits
6 visits or more

| | Patients continued | Discharged or Discointinued |
|---|---|---|
| 1 visit | 1246 | 588 |
| 2 visits | 997 | 246 |
| 3 visits | 874 | 123 |
| 4 visits | 782 | 92 |
| 5 visits | 716 | 66 |

AUC Montgomery
Pain Managment Patients 2013-2017
Number of Visits

2000
1800
1600
1400
1200
1000
800
600
400
200
0

1 visit
2 visits
3 visits
4 visits
5 visits

Patients continued
Discharged or Discointinued

| | |
|---|---|
| City Line | $2,970,320 |
| Roosevelt | $1,070,240 |
| Willow Grove | $662,080 |
| Montgomeryville | $722,160 |

$5,424,800 Revenue if All Patients Continued Pain Management for 5 Months
$722,160
$662,080
$1,070,240
$2,970,320
City Line
Roosevelt
Willow Grove
Montgomeryville

# Practice Summary Report

MILLENNIUM
HEALTH

Assessment Period: 1/1/2013 - 12/31/2017

Specimen Type: Urine & Oral Fluid

Practice Name: Elite Medical and Rehabilitation

Practice ID: 217029

The following is a summary of results for the definitive drug tests requested of Millennium Health by the practice specified above, and completed, during the indicated assessment period. This information is provided to help healthcare professionals in the practice gain a broader understanding of the medication and/or substance use in their patient population, as well as review the ordering patterns of providers within the practice.

## 1. Specimen and Patient Counts

| Total Specimens Submitted: | 47,648 |
|---|---|
| Mehdi Nikparvarfard | 33,077 |
| Matthew J. DeGirolamo | 9,239 |
| Vincent J. Thompson III | 1,052 |
| Amy A. Dougherty | 709 |
| Frederick A. Reichle | 696 |
| Richard W. Spore | 620 |
| Richard Hellander | 612 |
| Cindy L. Finkelman | 540 |
| Jason Dillinger | 299 |
| Loretta Brown | 145 |
| Mitchell A. White | 119 |
| William J. Demedio | 88 |
| Joel P. Chack | 47 |
| Telisha Ortiz | 37 |
| Avrom S. Brown | 20 |
| Thomas J. Bell | 11 |
| Gerald Hoover | 10 |
| Highland R. Campbell Jr. | 9 |
| Marcus R. Williams | 9 |
| Chalak N. Muhammad | 5 |
| John E. Crews III | 4 |
| Alan J. Popick | 1 |
| Emil I. Mendoza | 1 |
| Frederic C. Stieg | 1 |
| Rejected or Cancelled | 1,517 |
| Total Specimens Tested | 46,131 |

| Total Patients Tested: | 6,785 |
|---|---|
| Patients tested 1x: | 2,209 (33%) |
| Patients tested 2x: | 955 (14%) |
| Patients tested 3x: | 707 (10%) |
| Patients tested 4x: | 479 (7%) |
| Patients tested 5x: | 357 (5%) |
| Patients tested >5x: | 2,078 (31%) |

# Practice Summary Report



In accordance with SAMHSA, the cutoff level of a drug test is the point of measurement at or above which a result is considered positive and below which a result is considered negative. For any given drug, this level is established on the basis of the reliability and accuracy of the test.

**For questions or more information on this report, or to speak with a clinical specialist or toxicologist, please call our RADAR hotline at 866.866.0605.**

# Practice Summary Report

MILLENNIUM HEALTH

Assessment Period: 1/1/2013 - 12/31/2017
Specimen Type: Urine & Oral Fluid
Practice Name: Elite Medical and Rehabilitation - Roosevelt
Practice ID: 225496

The following is a summary of results for the definitive drug tests requested of Millennium Health by the practice specified above, and completed, during the indicated assessment period. This information is provided to help healthcare professionals in the practice gain a broader understanding of the medication and/or substance use in their patient population, as well as review the ordering patterns of providers within the practice.

## 1. Specimen and Patient Counts

| Total Specimens Submitted: | 29,351 |
|---|---|
| Loretta Brown | 12,264 |
| Mehdi Nikparvarfard | 7,478 |
| Frederick A. Reichle | 6,789 |
| Vincent J. Thompson III | 1,277 |
| Jason Dillinger | 411 |
| Telisha Ortiz | 176 |
| Amy A. Dougherty | 122 |
| Cindy L. Finkelman | 89 |
| Richard Hellander | 87 |
| Mitchell A. White | 65 |
| Gerald Hoover | 48 |
| Avrom S. Brown | 28 |
| Highland R. Campbell Jr | 23 |
| William J. Demedio | 15 |
| Thomas J. Bell | 13 |
| Marcus R. Williams | 10 |
| Abhijeet A. Rastogi | 6 |
| Johannes Schokker | 6 |
| Matthew J. DeGirolamo | 6 |
| Chalak N. Muhammad | 4 |
| Neil C. Cutler | 4 |
| Joel P. Chack | 2 |
| Carolyn A. Ferguson | 1 |
| Rejected or Cancelled | 2,190 |
| Total Specimens Tested | 27,161 |

| Total Patients Tested: | 2,925 |
|---|---|
| Patients tested 1x: | 820 (28%) |
| Patients tested 2x: | 369 (13%) |
| Patients tested 3x: | 211 (7%) |
| Patients tested 4x: | 169 (6%) |
| Patients tested 5x: | 111 (4%) |
| Patients tested >5x: | 1,245 (43%) |

In accordance with SAMHSA, the cutoff level of a drug test is the point of measurement at or above which a result is considered positive and below which a result is considered negative. For any given drug, this level is established on the basis of the reliability and accuracy of the test.

# Practice Summary Report

**For questions or more information on this report, or to speak with a clinical specialist or toxicologist, please call our RADAR hotline at 866.866.0605.**

# Practice Summary Report

MILLENNIUM
HEALTH

Assessment Period: 1/1/2013 - 12/31/2017

Specimen Type: Urine & Oral Fluid

Practice Name: Elite Medical and Rehabilitation - Montgomeryville

Practice ID: 217695

The following is a summary of results for the definitive drug tests requested of Millennium Health by the practice specified above, and completed, during the indicated assessment period. This information is provided to help healthcare professionals in the practice gain a broader understanding of the medication and/or substance use in their patient population, as well as review the ordering patterns of providers within the practice.

## 1. Specimen and Patient Counts

| Total Specimens Submitted: | 16,234 |
|---|---|
| Mehdi Nikparvarfard | 10,562 |
| Avrom S. Brown | 3,003 |
| William J. Demedio | 455 |
| Jason Dillinger | 421 |
| Cindy L. Finkelman | 317 |
| Vincent J. Thompson III | 311 |
| Neil C. Cutler | 195 |
| Richard Hellander | 178 |
| Marcus R. Williams | 123 |
| Amy A. Dougherty | 102 |
| Mitchell A. White | 98 |
| Richard W. Spore | 88 |
| Frederick A. Reichle | 72 |
| John E. Crews III | 46 |
| Thomas J. Bell | 46 |
| Emil I. Mondoa | 25 |
| Loretta Brown | 22 |
| Chalak N. Muhammad | 17 |
| Joel P. Chack | 13 |
| Debra A. Cortez | 12 |
| Matthew J. DeGirolamo | 5 |
| Carolyn A. Ferguson | 4 |
| Telisha Ortiz | 2 |
| Abhijeet A. Rastogi | 1 |
| Rejected or Cancelled | 1,013 |
| Total Specimens Tested | 15,221 |

| Total Patients Tested: | 1,834 |
|---|---|
| Patients tested 1x: | 588 (32%) |
| Patients tested 2x: | 249 (14%) |
| Patients tested 3x: | 123 (7%) |
| Patients tested 4x: | 92 (5%) |
| Patients tested 5x: | 66 (4%) |
| Patients tested >5x: | 716 (39%) |

# Practice Summary Report



In accordance with SAMHSA, the cutoff level of a drug test is the point of measurement at or above which a result is considered positive and below which a result is considered negative. For any given drug, this level is established on the basis of the reliability and accuracy of the test.

**For questions or more information on this report, or to speak with a clinical specialist or toxicologist, please call our RADAR hotline at 866.866.0605.**

# Practice Summary Report

Assessment Period: 1/1/2013 - 12/31/2017
Specimen Type: Urine & Oral Fluid
Practice Name: Elite Medical and Rehabilitation - Willow Grove
Practice ID: 229883

The following is a summary of results for the definitive drug tests requested of Millennium Health by the practice specified above, and completed, during the indicated assessment period. This information is provided to help healthcare professionals in the practice gain a broader understanding of the medication and/or substance use in their patient population, as well as review the ordering patterns of providers within the practice.

## 1. Specimen and Patient Counts

| Total Specimens Submitted: | 20,317 |
|---|---|
| Mehdi Nikparvarfard | 13,801 |
| Frederick A. Reichle | 3,683 |
| Avrom S. Brown | 1,792 |
| Jason Dillinger | 295 |
| Loretta Brown | 131 |
| Cindy L. Finkelman | 119 |
| Mitchell A. White | 71 |
| Matthew J. Degirolamo | 49 |
| Telisha Ortiz | 42 |
| Vincent J. Thompson III | 42 |
| Amy A. Dougherty | 19 |
| Abijeet A. Rastogi | 7 |
| Chalak N. Muhammad | 7 |
| Emil I. Mondoa | 7 |
| Thomas J. Bell | 4 |
| Johannes Schokker | 1 |
| Marcus R. Williams | 1 |
| Rejected or Cancelled | 1,899 |
| Total Specimens Tested | 18,418 |

| Total Patients Tested: | 2,013 |
|---|---|
| Patients tested 1x: | 479 (24%) |
| Patients tested 2x: | 209 (10%) |
| Patients tested 3x: | 153 (8%) |
| Patients tested 4x: | 127 (6%) |
| Patients tested 5x: | 92 (5%) |
| Patients tested >5x: | 953 (47%) |

In accordance with SAMHSA, the cutoff level of a drug test is the point of measurement at or above which a result is considered positive and below which a result is considered negative. For any given drug, this level is established on the basis of the reliability and accuracy of the test.

**For questions or more information on this report, or to speak with a clinical specialist or toxicologist, please call our RADAR hotline at 866.866.0605.**