

City Line AUC Patients' CHART AT GOVERNMENT CUSTODY

- Urgent Care: 9460
- Pain Management: 1972











Montgomery AUC Patients: Urgent Care 10819; Pain Management 1410

## AUC PATIENTS MONT

| | |
|---|---|
| Urgent Care Patients | 10614 |
| Pain Management Patients | 942 |
| Xray | 1818 |
| Laboratory | 1874 |
| ECG | 237 |
| Procedures or Minor Surgery | 1052 |
| Splint or Cast | 774 |



